IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:07CV192-FDW-DCK

| | |
|---|---|
| ARCHER WESTERN CONTRACTORS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> GIRA STEEL, LLC, f/k/a GIRA STEEL, INC., <br><br> Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** pursuant to a letter from counsel announcing that the mediated settlement conference in this case resulted in a resolution of all claims. The aforementioned letter indicates that the parties expect to submit a formal Stipulation of Dismissal within the next thirty (30) days. The Court greatly appreciates the update regarding this matter and commends the parties for their efforts to reach a compromise.

**IT IS THEREFORE ORDERED** that the parties file a Stipulation of Dismissal in this matter by on or before **May 1, 2008**.

**SO ORDERED**.

Signed: March 17, 2008

David C. Keesler
United States Magistrate Judge